JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA, | Case No. SA CV 12-1614 FMO (JCGx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TSI INCORPORATED, | |
| Defendant. | |

    Pursuant to the Court's Order Re: Motion for Summary Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff's federal claims are dismissed with prejudice and plaintiff's state law claim is dismissed without prejudice.

Dated this 22nd day of September, 2014.

/s/
Fernando M. Olguin
United States District Judge