# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA, | Case No. SA CV 12-1614 FMO (JCGx) |
| Plaintiff, | |
| v. | **JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |
| TSI INCORPORATED, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff Aleksandr L. Yufa shall pay defendant attorney's fees in the amount of **$37,072.35** and non-taxable costs in the amount of **$1,306.21**. Dated this 12th day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge